IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEDRIC RICO,

      Plaintiff,                         No. CIV 04-0793 GGH

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,        ORDER

      Defendant.
_____/

        On June 25, 2008, the Ninth Circuit Court of Appeals issued a decision on an issue which directly impacts this case. It noted a split of authority among the circuits on the issue of the 25 percent limit on attorney's fees, and decided to follow the Sixth and Tenth Circuits in holding that "42 U.S.C. § 406(b) limits only the amount of attorney's fees awarded under § 406(b), not the combined fees awarded under § 406(a) and § 406(b), to 25% of the claimant's past due benefits." Clark v. Astrue, ___ F.3d ___, 2008 WL 2512960 (9th Cir. June 25, 2008). This court had previously held in accordance with the Fourth Circuit that the total amount of fees from § 406(a) and (b) could not exceed 25 percent. Order, filed November 20, 2007. See Morris v. Soc. Sec. Admin., 689 F.2d 495 (4th Cir. 1982).

\\\\\

1

1   Accordingly, this court will grant relief from its prior order denying plaintiff's
2 motion for a new hearing pursuant to Fed. R. Civ. P. 60(a), as a mistake arising from oversight.
3 As a result, plaintiff will be awarded $9,342.75 which equals her § 406(b) request of $8,677.28
4 plus $5,225 which was awarded to plaintiff for work at the administrative level under § 406(a),
5 minus $4,559.53 which is the amount of EAJA fees previously awarded.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1. This court's order of June 13, 2008, is vacated pursuant to Fed. R. Civ. P. 60(a).
8   2.  Plaintiff's motion for a new hearing, filed December 10, 2007, is granted.
9   3. Plaintiff is awarded $9,342.75 in attorney's fees under 42 U.S.C. § 406(b).

DATED: 06/27/08

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
U.S. Magistrate Judge

GGH:076
Rico0793.60a